FILED

UNITED STATES COURT OF APPEALS

MAR 19 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KAREN KOCHARYAN,

Petitioner,

v.

ERIC H. HOLDER Jr., Attorney General,

Respondent.

No. 06-72564

Agency No. A097-613-841

ORDER

Before:  HAWKINS and THOMAS, Circuit Judges, and KORMAN,[*] District Judge.

The court hereby withdraws its Memorandum disposition filed November 16, 2009.

The Petitioner's unopposed motion to dismiss the petition for review as moot is granted.

PETITION DISMISSED.

The mandate shall issue forthwith.

---

[*] The Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, sitting by designation.